

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00462-CV

IN RE RIGOBERTO TORRES
FARIAS

RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Appellant's Motion For Suspension Of Rules." The motion is **GRANTED**.

The court has also considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed. Accordingly, relator's petition for writ of mandamus is **DISMISSED** for want of jurisdiction.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

DELIVERED: November 10, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).